# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GERALD D. SMITH, | ) | |
| Petitioner, | ) | 8:17CV278 |
| v. | ) | |
| FRED BRITTEN, | ) | ORDER |
| Respondent. | ) | |

Because the $5.00 filing fee has already been paid,

IT IS ORDERED that Petitioner's Motion and Affidavit For Leave To Proceed In Forma Pauperis (filing no. 4) is denied as moot. The Court will not refund the fee previously paid.

DATED this 28th day of August, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge