IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GERALD D. SMITH, | ) | |
| Petitioner, | ) | 8:17CV278 |
| v. | ) | |
| FRED BRITTEN, | ) | ORDER |
| Respondent. | ) | |

This matter comes on to consider the Petitioner's Motion for Clarification (filing no. 14).

IT IS ORDERED that:

(1) Petitioner shall file his brief in opposition to Respondent's Answer no later than January 8, 2018.

(2) Respondent shall have 30 days after the timely filing of Petitioner's brief to submit a reply.

(3) Petitioner's Motion for Clarification (filing no. 14) is otherwise denied.

DATED this 7th day of December, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge