IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

GERALD D. SMITH,                    )
                                    )
                Petitioner,         )                    8:17CV278
                                    )
        v.                          )
                                    )
FRED BRITTEN,                       )                    ORDER
                                    )
                Respondent.         )
_____     )


        IT IS ORDERED that the Petitioner's Motion For Extension of Time (filing no.
20) is denied as moot.  See filing no. 19.

        DATED this 5th day of January, 2018.

                                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    Senior United States District Judge